IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 4:11CR3042 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **ORDER** |
| -vs- | ) | |
| CHRISTOPHER L. VOLLE, | ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court on defendant's unopposed Motion for Temporary Release From Custody to allow him to attend his stepmother's funeral, (filing 41). The Court finds that said motion should be granted.

IT IS THEREFORE ORDERED that the defendant shall be released from Marshal's custody on September 17, 2011, no later than 12:00 p.m. so that he may attend the funeral of his stepmother, Jana Curtis-Volle on **Saturday, September 17, 2011,** at 1:00 p.m. at the United Methodist Church in Beatrice, NE. Mr. Volle shall be released to his mother, Miranda Caporale, for transportation directly to the church. Mr. Volle will be allowed to wear clothing provided by his mother for the funeral. He shall be returned to the custody of the United States Marshal no later than 4:30 p.m. by his mother.

DATED this 14th day of September, 2011.

BY THE COURT:

*[signature]*

The Honorable Cheryl Zwart
United States Magistrate Judge