# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:11CR3042 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| CHRISTOPHER L. VOLLE, | ) | |
| Defendant. | ) | |

On the defendant's oral motion,

IT IS ORDERED that the defendant's initial appearance AND revocation hearing are scheduled on Wednesday, September 16, 2015, at 12:00 noon, before the undersigned Senior United States District Judge, in Courtroom No. 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

Dated September 10, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge